United States Bankruptcy Court
Eastern District of Kentucky

```
In re:                                                           Case No. 15-21396-tnw
Steven Hargis                                                    Chapter 7
Cynthia Hargis
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0643-2          User: sonyaw            Page 1 of 1             Date Rcvd: Feb 09, 2016
                              Form ID: 318            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2016.
```
db/jdb        +Steven Hargis,    Cynthia Hargis,    1522 Eastern Ave.,    Covington, KY 41014-1324
5712695       +BK KENTUCKY,    PO BOX 1847,    WILSON NC 27894-1847
5712696      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:   CHOICE RECOVERY,    1550 OLD HENDERSON RD ST,    COLUMBUS OH 43220)
5712697       +CRANLEY SURGICAL,    3747 WEST FORK RD.,    CINCINNATI OH 45247-7548
5712698       +DR LEONARDS/CAROL WRIG,    1515 S 21ST ST,    CLINTON IA 52732-6676
5712699       +ERLANGER FIRE AND EMS,    1105 SCHROCK ROAD SUITE 610,    COLUMBUS OH 43229-1158
5712703       +HARRIS & HARRIS,    111 WEST JACKSON BLVD.,    SUITE 400,    CHICAGO IL 60604-4135
5712705      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   NATIONSTAR MORTGAGE LLC,    ATTN: BANKRUPTCY,    350 HIGHLAND DR,
                 LEWISVILLE TX 75067)
5712706       +PARSON BISHOP COLLECTI,    7870 CARMARGO ROAD,    CINCINNATI OH 45243-2695
5712707       +PERSONAL FINANCE CO,    PO BOX 76006,    HIGHLAND HEIGHTS KY 41076-0006
5712710        RADIOLOGY ASSOCIATES OF NKY,    PO BOX 932163,    CLEVELAND OH 44193-0008
5712713        ST. ELIZABETH,    PO BOX 630839,    CINCINNATI OH 45263-0839
5712712        ST. ELIZABETH,    PO BOX 365878,    CINCINNATI OH 45263-5878
5712715       +ST. ELIZABETH HEALTHCARE,    1 MEDICAL VILLAGE DRIVE,    EDGEWOOD KY 41017-3403
5774745       +THE BANK OF NEW YORK MELLON,    NATIONSTAR MORTGAGE LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 PO BOX 619094,    DALLAS, TX 75261-9094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5712700        +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Feb 09 2016 23:30:17      GLA COLLECTION CO INC,
                 2630 GLEESON LN,    LOUISVILLE KY 40299-1772
5712704        +E-mail/Text: bkynotice@harvardcollect.com Feb 09 2016 23:30:18      HARVARD COLLECTION,
                 HARVARD COLLECTION SERVICES,    4839 N ELSTON AVENUE,    CHICAGO IL 60630-2589
5712709         EDI: PRA.COM Feb 09 2016 23:28:00      PORTFOLIO RECOVERY ASSOCIATES,   P.O. BOX 12914,
                 NORFOLK VA 23541
5713694         EDI: RECOVERYCORP.COM Feb 09 2016 23:28:00      RECOVERY MANAGEMENT SYSTEMS CORPORATION,
                 25 S.E. 2ND AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
5712711        +E-mail/Text: mcole@riverhillsneuro.com Feb 09 2016 23:30:10      RIVERHILLS HEALTHCARE,
                 111 WELLINGTON PLACE,    CINCINNATI OH 45219-6904
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2016                                    Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2016 at the address(es) listed below:
```
              Michael L. Baker    trusteemlb@zslaw.com, mlbtrusteebackup@gmail.com;MLB@trustesolutions.net
              Richard M. Nielson    on behalf of Attorney    Nielson & Sherry, PSC bankruptcy@nsattorneys.com
              Roger W Howland    on behalf of Joint Debtor Cynthia  Hargis rhowlandattorney@mw.twcbc.com
              Roger W Howland    on behalf of Debtor Steven  Hargis rhowlandattorney@mw.twcbc.com
              U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven Hargis** | Social Security number or ITIN **xxx–xx–0396** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cynthia Hargis** | Social Security number or ITIN **xxx–xx–5352** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Kentucky**

Case number:  **15–21396–tnw**

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Hargis                                              Cynthia Hargis

2/9/16                                                          **By the court:** <u>Tracey N. Wise</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**